# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUDY WHITTINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-04008-DDC-KGG |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, by and through her attorney, Thomas Diehl of Ralston, Pope & Diehl, LLC, Defendant United States of America, by and through its attorney, T.G. Luedke of the U.S. Attorney's Office, and Defendants Newman Regional Health Center Board of Trustees and Newman Regional Health Center, by and through their attorney, Brian Boos of Wallace Saunders, and hereby stipulate to the dismissal of Defendant United States of America with prejudice.

NOW, THEREFORE, IT IS CONSIDERED, ORDERED, ADJUDGED AND DECREED that the above captioned matter shall be and the same is hereby dismissed with prejudice as to Defendant United States of America.

**Dated this 6th day of January, 2015, at Topeka, Kansas.**

                                                **s/ Daniel D. Crabtree**
                                                **Honorable Daniel D. Crabtree**
                                                **U.S. District Court Judge**

**RALSTON, POPE & DIEHL, LLC**

By: /s/ Thomas B. Diehl
    Thomas B. Diehl, SC #23166
    Ronald P. Pope, SC# 11913
    *Attorneys for Plaintiff*


**WALLACE SAUNDERS**

By: /s/ Brian G. Boos
    Brian G. Boos, SC# 13714
    Jonathan Davis, SC# 22102
    *Attorneys for Newman Regional Health Center, et al*


**UNITED STATES ATTORNEY'S OFFICE**

By: /s/ T.G. Luedke
    T.G. Luedke, SC# 12788
    *Attorneys for United State of America*