JUDY WHITTINGTON
        Plaintiff,

v.                                        Case No: 14-4008-DDC

UNITED STATES OF AMERICA, ET AL.
        Defendants.

**Attorney for Plaintiff: Thomas B. Diehl**
**Attorneys for Defendant: Mark David Ware**

| JUDGE: | Daniel D. Crabtree | DATE: | 1/13/2015 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

# SETTLEMENT CONFERENCE

Case comes before the Court for a settlement conference. Plaintiff appears in person and through counsel. Defendants Newman Regional Health Center and Newman Regional Health Center Board of Trustees appear through counsel, only.

Testimony heard from plaintiff.

The Court will enter an Order concluding whether the Court can formally render an opinion regarding plaintiff's settlement.

The parties are to submit additional information regarding their requests for approval of attorney's fees.